GEORGE P. MONTAGUE and Another, as Surviving Substituted Trustees, etc., of HENRY CARY, Deceased, Respondents, v. CHARLES P. CURTIS, as Administrator, etc., of THOMAS G. CARY, Deceased, and Others, Respondents,

Impleaded with IDA CARY CUNNINGHAM and Another, Appellants.— Judgment affirmed, with costs, on opinion of Hon. Francis M. Scott, Referee. [Reported in 110 Misc. Rep. 717.] Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.